UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

BEVERLY TOMPKINS,

                   Plaintiff,

      -v-

GSPLATFORMCO INC., *d/b/a Anka*,

              Defendant.

-----------------------------------------------------------------------X

26 Civ. 1549 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

Defendant GSPlatformCo Inc. was served with a Summons and the Complaint on February 26, 2026, making its deadline to respond March 19, 2026. *See* Dkt. 6. That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court *sua sponte* extends Defendant's deadline to respond to the Complaint to April 2, 2026. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff shall seek a Certificate of Default by April 9, 2026.

Plaintiff shall serve a copy of this Order on Defendant by March 24, 2026, and file proof of such service on the docket by March 26, 2026.

      SO ORDERED.

Dated: March 20, 2026
      New York, New York

                                  JOHN P. CRONAN
                        United States District Judge