UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BEVERLY TOMPKINS, *individually and on behalf of all others similarly situated,*

Plaintiff,

-against-

GSPLATFORMCO INC., *a Delaware corporation, doing business as* ANKA,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___05/08/26___

26-CV-1549 (JPC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

WHEREAS, on February 24, 2026, plaintiff filed a Complaint (Dkt. 1) naming one defendant: GSPlatformCo Inc., d/b/a ANKA; and

WHEREAS, on February 26, 2026, plaintiff served the summons and Complaint on defendant, making its answer or response due on March 19, 2026 (Dkt. 6); and

WHEREAS, on March 20, 2026, the Court extended defendant's deadline to respond to the Complaint to April 2, 2026, and ordered that, "[i]f Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff shall seek a Certificate of Default by April 9, 2026" (Dkt. 7 at 1); and

WHEREAS, on April 13, 2026, the Court extended plaintiff's deadline to seek a Certificate of Default, in light of defendant's failure to answer or respond to the Complaint by April 2, 2026, and ordered plaintiff to "seek a Certificate of Default by April 17, 2026, or otherwise show cause by that date why this case should not be dismissed for failure to prosecute" (Dkt. 9 at 1); and

WHEREAS, on April 17, 2026, plaintiff filed a proposed Certificate of Default (Dkt. 13), accompanied by an affirmation in support (Dkt. 14); and

WHEREAS, on April 20, 2026, the Clerk issued a Certificate of Default as to defendant (Dkt. 15); and

WHEREAS, on April 21, 2026, the District Judge referred this matter to me for general pretrial management and a Report and Recommendation on plaintiff's anticipated default judgment motion (Dkt. 16); and

WHEREAS, plaintiff has not yet moved pursuant to Fed. R. Civ. P. 55(b)(2) and Local Civ. R. 55.2 for a default judgment against the defaulted defendant;

NOW THEREFORE, it is hereby ORDERED that:

(1)     Plaintiff must promptly serve the Clerk's Certificate of Default, together with its affirmation in support (Dkt. 14), in accordance with Local Civil Rule 55.1(a)(4).

(2)     Any motion for a default judgment must be filed, in accordance with Fed. R. Civ. P. 55(b)(2) and Local Civil Rule 55.2, no later than **May 29, 2026**.

Dated:  New York, New York              SO ORDERED.
        May 8, 2026

_____
**BARBARA MOSES**
**United States Magistrate Judge**

2